UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN HILL,<br><br>　　　　　　　Defendant. | Case No. MJ22-342 MLP<br><br>DETENTION ORDER |

Offenses charged:

　　Mr. Hill is charged with possession of child pornography, 18 U.S.C. §§ 2252(a)(4)(B), (b)(2). The Court held a detention hearing on July 29, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　1.　　Mr. Hill stipulated to detention.

　　2.　　Mr. Hill poses a risk of nonappearance due to his fleeing officers upon searching his vehicle. Mr. Hill poses a risk of danger due to the nature of his criminal history. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Hill's appearance at future court hearings while addressing

DETENTION ORDER - 1

the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Hill shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Hill shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Hill is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Hill, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this _29th_ day of July, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2